```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 14883
    ROBERT TERRY JESSUP
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-2936


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/18/2005 and was confirmed 07/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/26/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------
TAHITI VILLAGE SOLEIL    SECURED                    .00          .00            .00
WASHINGTON MUTUAL        CURRENT MORTG              .00          .00            .00
AT & T WIRELESS          UNSEC W/INTER  NOT FILED                .00            .00
AT & T                   NOTICE ONLY    NOT FILED                .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER   12392.99           1177.17       12392.99
RESURGENT CAPITAL SERVIC UNSEC W/INTER    6604.67            627.37        6604.67
WELLS FARGO AUTO FINANCE UNSEC W/INTER  NOT FILED                .00            .00
WASHINGTON MUTUAL        MORTGAGE ARRE    3298.30                .00        3298.30
ERNESTO D BORGES JR      DEBTOR ATTY     2,300.00                           2,300.00
TOM VAUGHN               TRUSTEE                                            1,463.37
DEBTOR REFUND            REFUND                                             1,413.13

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  29,277.00

PRIORITY                                               .00
SECURED                                            3,298.30
UNSECURED                                         18,997.66
    INTEREST                                       1,804.54
ADMINISTRATIVE                                     2,300.00
TRUSTEE COMPENSATION                               1,463.37
DEBTOR REFUND                                      1,413.13
                         --------------       --------------
TOTALS                   29,277.00                29,277.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 14883 ROBERT TERRY JESSUP

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 02/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```